IN THE UNITED STATES COURT OF FEDERAL CLAIMS

K-CON BUILDING SERVICES, INC., )
)
Plaintiff, )
) No. 05-914C
v. ) (Judge Block)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including December 20, 2005, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed October 21, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of plaintiff's complaint, defendant sent to the Department of Homeland Security, United States Coast Guard ("Coast Guard"), a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for the Coast Guard has

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after

begun the task of gathering information relevant to this case and has provided to counsel for defendant a preliminary litigation report containing some of the relevant documentation necessary for preparing the Government's response to the complaint. However, agency counsel has informed counsel for defendant that additional time is necessary for her to obtain and review additional information necessary for preparation of the agency's final litigation report and suggested response to the complaint. It is anticipated that agency counsel will be in a position to provide to counsel for defendant a final litigation report and suggested response to the complaint by the end of November 2005.

Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to obtain from Coast Guard employees the relevant information needed to prepare and deliver to counsel for defendant the agency's final litigation report and suggested response to the complaint.

Once the final litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the report and suggested

---

receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

response to the complaint, obtain any additional information or clarification from the Coast Guard, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

AUDREY ROH
Department of Homeland Security
U.S. Coast Guard

October 17, 2005

CERTIFICATE OF FILING

I hereby certify that on October 17, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON