# In the United States Court of Federal Claims

**05-914C**

**Filed: October 17, 2005**

**K-CON BUILDING SYSTEMS, INC.**

**v.**

**THE UNITED STATES**

**NOTICE**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 10/17/05, for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court