IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., Plaintiff, | ) | |
| v. | ) | No. 05-914C (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, and plaintiff, K-Con Building Systems, Inc., respectfully request an enlargement of time of 21 days, to and including March 27, 2006, within which to file their Joint Preliminary Status Report ("JPSR"). The parties' JPSR currently is due to be filed March 6, 2006. This is the parties' first request for an enlargement of time for this purpose.

The parties have begun the process of drafting a JPSR and currently are discussing issues required to be addressed in the JPSR. Plaintiff has filed two additional actions in this Court and the parties are attempting to reach an agreement regarding how best to proceed with discovery in all three actions. This requested enlargement of time is required so that counsel for the parties, and agency counsel, may have sufficient time to discuss and resolve these issues as they pertain to the three cases, and to finalize the parties JPSR.

Once these issues are resolved, additional time is necessary so that defendant's counsel may have a sufficient opportunity to submit the JPSR for review by appropriate Department of Justice officials, make any necessary changes or additions, and obtain final approval from counsel for plaintiff.

For these reasons, the parties respectfully requests that the Court grant their joint motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

OF COUNSEL:

AUDREY ROH
Department of Homeland Security
U.S. Coast Guard

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

February 28, 2006

Attorneys for Defendant

s/ William A. Scott
William A. Scott
775 St. Andrews Blvd.
Charleston, South Carolina 29407
Tele: (843) 556-5656
Fax: (843) 556-5635

Attorney for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on February 28, 2006, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON