IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| K-CON BUILDING SYSTEMS INC., Plaintiff, | ) |
| v. | ) No. 05-914C |
| THE UNITED STATES, Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ROBERT CHANDLER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ROBERT CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ ROBERT CHANDLER
ROBERT CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 514-4678
Fax: (202) 514-8624

August 17, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of August 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ ROBERT CHANDLER