**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **K-CON BUILDING SYSTEMS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.: 05-914C** |
| **vs.** | ) | **(Judge Block)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **UNITED STATES COAST GUARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXTEND SCHEDULING ORDER**

Pursuant to RCFC 6(b)(1) and RCFC 7, the Plaintiff respectfully requests that the due date for the Plaintiff's expert report be extended from March 27, 2007, as set forth in the Court's Order dated January 31, 2007, to thirty (30) days after the Government provides all documents responsive to Plaintiff's Requests for Production. This is the second request to amend the Scheduling Order and is required as a result of the Government's failure to provide all documents responsive to Plaintiff's discovery requests. Plaintiff has also filed a Motion to Compel on this date. Counsel for Defendant has been informed that both this motion and the motion to compel would be filed.

Respectfully submitted.

**PEDERSEN & SCOTT, P.C.**

S/ William A. Scott

William A. Scott, Esquire
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656
Fax (843) 556-5635
ATTORNEY FOR PLAINTIFF,
K-CON BUILDING SYSTEMS, INC.

Dated this 26th day of March, 2007.