**Chandler, Robert (CIV)**

**From:** Chandler, Robert (CIV)

**Sent:** Monday, February 12, 2007 4:39 PM

**To:** 'PS3LAW@aol.com'

**Subject:** K-Con v. US

Bill,
I have been experiencing technical difficulties with the final set of documents for Elizabeth City. Therefore, I would like to push this week's document delivery back by two weeks, to March 2. My apologies for any inconvenience; at least this has the benefit of being in sync with Port Huron and St. Pete. Please let me know by return email whether you consent to the extension.
Thanks,
Rob

Exhibit 1

**Chandler, Robert (CIV)**

---

**From:** PS3LAW@aol.com
**Sent:** Tuesday, February 13, 2007 9:09 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** Re: K-Con v. US

Rob:

I am reluctant to consent considering these documents were requested last October 5th, and I don't even have responses to the Request for Production yet. Since our expert needs these document to prepare his report which is due on March 27, I cannot wait until March 2d to get the documents.

Where are they? If I need to inspect and have them copies were they are, that might speed things up?

Thanks - Bill

Exhibit 2

**Chandler, Robert (CIV)**

---

**From:** Chandler, Robert (CIV)

**Sent:** Tuesday, February 13, 2007 2:06 PM

**To:** 'PS3LAW@aol.com'

**Subject:** RE: K-Con v. US

I have the documents on a cd in pdf and tif format. The reason for the delay is that we are having trouble loading them into our document management program because of technical problems. I had been assured they would be loaded today, but just learned that the Federal Government is shutting down b/c of inclement weather. There is a good chance that we will be shut down tomorrow also. I will be working, but our tech guys will not.

I might be able to make due with one week's extension. If the documents are loaded by Thurs, I should be able to review and produce them before next friday. My apologies for the confusion - putting these documents in a database was supposed to make all of our lives easier. Can you and your client live with a one week extension?

Thanks,
Rob

---

**From:** PS3LAW@aol.com [mailto:PS3LAW@aol.com]
**Sent:** Tuesday, February 13, 2007 9:09 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** Re: K-Con v. US

Rob:

I am reluctant to consent considering these documents were requested last October 5th, and I don't even have responses to the Request for Production yet. Since our expert needs these document to prepare his report which is due on March 27, I cannot wait until March 2d to get the documents.

Where are they? If I need to inspect and have them copies were they are, that might speed things up?

Thanks - Bill

**Chandler, Robert (CIV)**

---

**From:** PS3LAW@aol.com

**Sent:** Tuesday, February 13, 2007 3:03 PM

**To:** Chandler, Robert (CIV)

**Cc:** bstewart@kconinc.com

**Subject:** Re: K-Con v. US

I don't think we have much choice. We will live with the one week. I hope it is all of the documents. My concern is that the USCG will not have provided you with all of the documents.

Thanks - Bill

**Chandler, Robert (CIV)**

**From:** PS3LAW@aol.com
**Sent:** Monday, March 26, 2007 9:47 AM
**To:** Chandler, Robert (CIV)
**Cc:** bstewart@kconinc.com
**Subject:** K-Con v. US

Rob:

I have not received discovery necessary for my expert to provide his report. I will be filing motions to compel and a motion to extend the time to provide the expert report until 30 days after all discovery has been received.

Please call if you have any questions.

Bill Scott

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

Exhibit 3