**PEDERSEN & SCOTT, P.C.**
Attorneys at Law
775 St. Andrews Blvd.
Charleston, South Carolina 29407
Phone (843) 556-5656 Fax (843) 556-5635

August 27, 2007

**VIA PERSONAL SERVICE**
John McGrath
Contract Solutions
783 South Corona
Denver, CO 80209

**RE: K-Con Building Systems, Inc. v. U.S. Department of Homeland Security, United States Coast Guard**
**Case Nos.: 05-914C (Elizabeth City)**
**05-981C (St. Petersburg)**
**05-1054C (Port Huron)**

Dear Mr. McGrath:

Please find enclosed for service upon you a Subpoena *Duces Tecum* in connection with the above-referenced case. This subpoena requires the production of documents for inspection and copying, but does not require your appearance. I, or someone in my place, will inspect the documents at your office and arrange for copies to be made. The subpoena requires the documents be made available on September 13, 2007; however, if this date is inconvenient, please contact my office and we will schedule another date.

I appreciate your cooperation and assistance in this matter. If you have any questions, please contact me.

With regards,

William A. Scott

WAS/pb
Enclosure

cc: Eric Combs (w/enc.)
Robert Chandler, Esquire (w/enc.)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **K-CON BUILDING SYSTEMS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES COAST GUARD,**<br><br>**Defendant.** | ) | **Nos.: 05-914C (Judge Block)**<br>**05-981C (Judge Sweeney)**<br>**05-1054C (Judge Block)**<br><br>**SUBPOENA**<br>**(*Duces Tecum*)** |

**To: John McGrath, Contract Solutions, 783 South Corona, Denver, CO 80209**

1. YOU ARE COMMANDED to appear in the above named court at the place, date and time specified below to testify in the above case.
   Place of Testimony:
   Date and Time:

2. YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.
   Place of Deposition:
   Date and Time:

3. YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects in your possession, custody or control at the place, date and time specified below: **SEE ATTACHMENT "A" ATTACHED HERETO**
   Place: **Contract Solutions, 783 South Corona, Denver, CO 80209**
   Date and Time: **September 13, 2007, 10:00 a.m.**

4. YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:
   Premises:
   Date and Time:

Any organization not a party to this suit that is subpoenaed for taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

[signature] Attorney for Plaintiff — August 27, 2007
ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

William A. Scott, Pedersen & Scott, P.C., 775 St. Andrews Blvd., Charleston, SC 29407 (843) 556-5656
ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

NOTE: - If the place of travel is more than 100 miles (by the shortest usual means of travel) from the place where the subpoena is served, or if the place of the deposition is more than 100 miles from the place where the deponent resides, is employed or transacts business in person, the person served may regard the command as optional unless there is attached to the subpoena an order of the court requiring his/her appearance, notwithstanding the distance of travel. In any event, response to the subpoena will entitle the person to the fees and mileage allowed by law (28 U.S.C. §1821).

**ATTACHMENT "A"**

Please provide the below listed documents in connection with the following cases:

Case No. 05-914C, Contract No. DTCG47-03-F-3EFK27, construction of a prefabricated ARSC Component Repair Shop (prefabricated metal building) at the United States Coast Guard Support Center, Elizabeth City, North Carolina.

Case No. 05-981C, Contract No. DTCG47-03-F-3EFK17, construction of a prefabricated metal building in St. Petersburg, Florida.

Case No. 05-1054C, Contract No. DTCG47-03-F-3EFK24, construction of a prefabricated metal building at the United States Coast Guard Station, Port Huron, Michigan.

1. Any and all documents in your possession that are listed on any of the three (3) attached Privilege Logs.

2. Any and all documents provided by the Government and/or the attorney for the Government relating to the three above listed cases/contracts, except for the documents with the following bate numbers (or duplicates thereof) unless such documents are listed on any of the Privilege Logs referred to in paragraph 1above, or you made any marks or notes on any such document.

   Case No. 05-0914 (Elizabeth City)
   CGEC-001 to CGEC-240
   CG00343 to CG00856
   CG00857 to CG01422
   KCon-A-00001 to KCon-A-00801
   KCon-B-00001 to KCon-B-00349
   KCon-M-00001to KCon-M-00788
   KCon-S-00006 to KCon-S-01174
   CG00001 to CG00342

   Case. No. 05-981 (St. Petersburg)
   CG-STP-0001 to CG-STP-1046

   Case No. 05-1054 (Port Huron)
   CG-PH-0001 to CG-PH-2522

3. Any and all documents relating to any review, evaluation, and/or analyses performed by you on any of the above listed contracts, other than the documents identified in Paragraph 2 above.

4. Any and all documents or correspondences of any type whatsoever to/from the Government and/or the Government's attorney(s) relating to the above listed contracts.

5. Any and all documents relied upon in forming any opinions relating to these cases/contracts.

6. Any and all documents relating to any reports and/or opinions you have prepared relating to any of the three above listed contracts.

WB

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

K-CON BUILDING SYSTEMS, INC.,

Plaintiff,

vs.

UNITED STATES OF AMERICA,
DEPARTMENT OF HOMELAND SECURITY,
UNITED STATES COAST GUARD,

Defendant.

Nos.: 05-914C
05-981C
05-1054C

## CERTIFICATE OF SERVICE

The undersigned legal assistant at the law office of Pedersen & Scott hereby certifies that the **Subpoena *Duces Tecum* to John McGrath (Contract Solutions)** in the above-captioned case has been placed in an envelope, prepaid, addressed and mailed via U.S. Mail to:

Robert Chandler, Esquire
Commercial Litigation Branch - Civil Division
U.S. Department of Justice
1100 L. Street NW, 8th Floor
Washington, D.C. 20530

Patricia Bryant
Patricia Bryant
Legal Assistant

Dated this 27th day of August, 2007.