K-CON BUILDING SYSTEMS, INC. v. UNITED STATES
U.S. COURT OF FEDERAL CLAIMS NO. 05-914

U.S. COAST GUARD DOCUMENTS - E-MAILS
PRIVILEGED DOCUMENTS LOG - AUGUST 21, 2007

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 1 | **KCon-A-00037** | 6-30-05 | K-Con | Henry Ames | Phillip Gillihan<br>Cathy Broussard | Attorney Client |
| 2 | **KCon-A-00039** | 6-30-05 | ARSC Component Repair shop Elizabeth City NC | Steven D. Allen (FDCC) | Phillip Gillihan | Attorney Client |
| 3 | **KCon-A-00055 to KCon-A-00057** | 6-15-05 | FW: 2971g 6-14-05 (P. Gillihan) wgs | Phillip Gillihan | Steven D. Allen (FDCC) | Attorney Client (redacted portion only) |
| 4 | **KCon-A-00090** | 5-4-05 | Elizabeth City ARSC Component Repair Shop "Takeover" Contract | Steven D. Allen (FDCC) | Henry Ames<br>Cathy Broussard<br>Phillip Gillihan | Attorney Client |
| 5 | **KCon-A-00097 to KCon-A-00102** | 6-10-05 | FW: Elizabeth City NC | Phillip Gillihan | Cathy Broussard | Attorney Client (redacted portion only) |
| 6 | **KCon-A-00142 to KCon-A-00144** | 6-15-05 | FW: 2971g 6-14-05 (P. Gillihan) wgs | Phillip Gillihan | Steven D. Allen (FDCC) | Attorney Client (redacted portion only) |
| 7 | **KCon-A-00172** | 10-5-05 | (No Subject) | Phillip Gillihan | Audrey Roh | Attorney Work Product |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 8 | **KCon-A-00247** | 10-6-05 | Litigation Report ARSC Elizabeth City Project | Donna Miller | Audrey Roh | Attorney Client |
| 9 | **KCon-A-00247 to KCon-A-00248** | 8-10-05 | FW: Response to Surety letter E City | Donna Miller | Steven Allen | |
| 10 | **KCon-A-00350 to KCon-A-00351** | 9-13-05 | E City | Cathy Broussard | Phillip Gillihan | Attorney Client |
| 11 | **KCon-A-00378 to KCon-A-00379** | 3-24-06 | K-Con Constr. Cases (NC, FL, MI) - Update | Audrey Roh | Cathy Broussard | Attorney Client |
| 12 | **KCon-A-00382** | 7-14-05 | E City | Cathy Broussard | Marion Hundley<br>Donna Miller<br>cc: Phillip Gillian | Attorney Client |
| 13 | **KCon-A-00388 to KCon-A-00389** | 10-18-05 | FW: E-City Reprocurement of ARSC Bldg | Donna Miller | Steven Allen | Attorney Client |
| 14 | **KCon-A-00389 to KCon-A-00390** | 10-11-05 | KCON | Audrey Roh | Donna Miller | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 15 | **KCon-A-00390 to KCon-A-00393** | 9-29-05 | K-Con, Inc. Complaint @ COFC, Docket No. 05-914C | Audrey Roh | Donna Miller, Marion Hundley<br>Cathy Broussard<br>Phillip Gillihan<br>Norman Lindsey<br>David Stinson | Attroney Client |
| 16 | **KCon-A-00398 to KCon-A-00401** | 10-21-05 | FW: FY-03-A/L Request: 24-03-473EFK27 - Additional Requirement | Maria Tojeiro | Donna Miller<br>Steven Allen | Attorney Client |
| 17 | **KCon-A-00402 to KCon-A-00405** | 10-20-05 | FW: FY-03-A/L Request: 24-03-473EFK27 - Additional Requirement | Maria Tojeiro | Steven Allen | Attorney Client |
| 18 | **KCon-A-00405 to KCon-A-00409** | 10-20-05 | RE: FY-03-A/L Request: 24-03-473EFK27 - Additional Requirement | Maria Tojeriro | Debra Gillvray | Attorney Client |
| 19 | **KCon-A-00578 KCon-A-00579** | 3-21-05 | FW: Surety for K CON | Steven D. Allen (FDCC) | CDR Scott Williams<br>Kent Goodwin | Attorney Client |
| 20 | **KCon-A-00679 to KCon-A-00682** | 3-10-05 | RE: Daily Reports | Henry Ames | Michael Schmitt<br>cc: Phillip Gillihan | Attorney Client |
| 21 | **KCon-A-00712** | 3-7-05 | RE: Draft Final Decision | Phillip Gillihan | Donna Miller | Attorney Client |
| 22 | **KCon-A-00734 to KCon-A-00735** | 3-15-05 | FW: Termination for Default Package for ECity (KCON) | Donna Miller | Cathy Broussard | Attorney Client |
| 23 | **KCon-A-00735** | 3-7-05 | FW: Draft Final Decision | Donna Miller | Steven D. Allen (FDCC) | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 24 | **KCon-A-00771** | 7-1-05 | RE: K Con | Michael Schmitt | Steven D. Allen (FDCC) | Attorney Client |
| 25 | **KCon-A-00772** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Michael Schmitt | Steven D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 26 | **KCon-A-00774 to KCon-A-00777** | 3-10-05 | FW: Daily Reports | Michael Schmitt | Henry Ames<br>cc: Phillip Gillihan | Attorney Client |
| 27 | **KCon-B-00016 to KCon-B-00017** | 6-30-05 | ARSC Component Repair shop Elizabeth City NC | Steven D. Allen (FDCC) | Phillip Gillihan | Attorney Client |
| 28 | **KCon-B-00017 to KCon-B-00018** | 5-12-05 | (Elizabeth City Component Repair Shop) FW: Bldg. 101 | Steven D. Allen (FDCC) | Phillip Gillihan Henry Ames<br>Cathy Broussard | Attorney Client |
| 29 | **KCon-B-00018** | 5-11-05 | Elizabeth City ARSC Component repair shop negotiations | Steven D. Allen (FDCC) | Henry Ames<br>James Riggs<br>LT John Barresi<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 30 | **KCon-B-00019** | 5-4-05 | RE: Letter Takeover Agreement | Steven D. Allen (FDCC) | Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 31 | **KCon-B-00019 to KCon-B-00020** | 4-28-05 | RE: E City Letter | Steven D. Allen (FDCC) | Cathy Broussard<br>Henry Ames<br>Donna Miller<br>Phillip Gillihan | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 32 | **KCon-B-00020 to KCon-B-00021** | 4-27-05 | RE: Meeting on Elizabeth City ARSC Repair Shop | Steven D. Allen (FDCC) | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 33 | **KCon-B-00021 to KCon-B-00022** | 4-25-05 | RE: Elizabeth City, NC Action plan and two week outlook | Steven D. Allen (FDCC) | Phillip Gillihan | Attorney Client |
| 34 | **KCon-B-00027 to KCon-B-00028** | 3-25-05 | Elizabeth City ARSC Component Repair Shop: Draft Meeting notes | Steven D. Allen (FDCC) | Cathy Broussard<br>Henry Ames<br>Phillip Gillihan | Attorney Client |
| 35 | **KCon-B-00028 to KCon-B-00029** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Steven D. Allen (FDCC) | Michael Schmitt<br>Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 36 | **KCon-B-00029 KCon-B-00030** | 3-21-05 | RE: Surety Meeting at E City K-Con | Steven D. Allen (FDCC) | Cathy Broussard<br>Phillip Gillihan | Attorney Client |
| 37 | **KCon-B-00030 to KCon-B-00032** | 3-21-05 | FW: Surety for K CON | Steven D. Allen (FDCC) | CDR Scott Williams<br>Kent Goodwin | Attorney Client (redacted portion only) |
| 38 | **KCon-B-00046 to KCon-B-00047** | 2-28-06 | FW Discovery2 | Henry Ames | Cathy Broussard<br>Phillip Gillihan | Attorney Client |
| 39 | **KCon-B-00047 to KCon-B-00048** | 2-28-06 | FW: K-CON - More Discovery | Henry Ames | Cathy Broussard<br>Phillip Gillihan | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 40 | **KCon-B-00049** | 7-20-05 | E City Building | Henry Ames | Steven D. Allen (FDCC)<br>LT John Barresi<br>Phillip Gillihan<br>Donna Miller | Attorney Client |
| 41 | **KCon-B-00049 to KCon-B-00050** | 6-30-05 | K Con | Henry Ames | Phillip Gillihan<br>Cathy Broussard | Attorney Client |
| 42 | **KCon-B-00050 to KCon- B-00051** | 4-27-05 | FW: Meeting on Elizabeth City ARSC Repair Shop | Henry Ames | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 43 | **KCon-B-00051** | 3-1-05 | Memo to File | Henry Ames | Donna Miller<br>Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 44 | **KCon-B-00054 to KCon-B-00056** | 11-30-04 | RE: 2971g - 11-30-04- Insulation | Henry Ames | Cathy Broussard<br>Phillip Gillihan | Attorney Client |
| 45 | **KCon-B-00059 to KCon- B-00060** | 8-10-05 | Response to Surety letter E City | Henry Ames | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Donna Miller | Attorney Client |
| 46 | **KCon-B-00068 to KCon-B-00069** | 3-21-05 | FW: Surety for K Con | LT John Barresi | Steven D. Allen (FDCC)<br>Cathy Broussard | Attorney Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 47 | **KCon-B-00098 to KCon-B-00099** | 3-18-05 | Surety Meeting at E City K-Con | Cathy Broussard | Phillip Gillihan<br>Steven D. Allen (FDCC) | Attorney Client |
| 48 | **KCon-B-0099** | 3-18-05 | Surety For K-Con | Cathy Broussard | Donna Miller,<br>LT John Barresi<br>Steven D. Allen (FDCC)<br>Phillip Gillihan | Attorney Client |
| 49 | **KCon-B-00171** | 3-7-06 | (No subject) | Phillip Gillihan | Ellery Hooper<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 50 | **KCon-B-00172** | 6-29-05 | FW: ARSC Component Repair Shop Elizabeth City - leaky roof | Phillip Gillihan | Cathy Broussard | Attorney Client |
| 51 | **KCon-B-00172** | 6-13-05 | Attached is the signed letter takeover agreement | Phillip Gillihan | Cathy Broussard | Attorney Client |
| 52 | **KCon-B-00173** | 6-13-05 | (no subject) | Phillip Gillihan | Cathy Broussard | Attorney Client |
| 53 | **KCon-B-00173 to KCon-B-00181** | 6-10-05 | RE: Elizabeth City NC | Phillip Gillihan | Cathy Broussard | Attorney Client (redacted portion only) |
| 54 | **KCon-B-00181 to KCon-B-00188** | 6-10-05 | RE: Elizabeth City NC | Phillip Gillihan | Cathy Broussard | Attorney Client (redacted portion only) |
| 55 | **Kcon-B-00189 to Kcon-B-00196** | 6-10-05 | FW: Elizabeth City NC | Phillip Gillihan | Cathy Broussard | Attorney Client (redacted portion only) |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 56 | **KCon-B-00220** | 5-4-05 | Letter Takeover Agreement | Phillip Gillihan | Henry Ames<br>Cathy Broussard<br>Steven D. Allen (FDCC) | Attorney Client |
| 57 | **KCon-B-00220** | 5-4-05 | RE: Elizabeth City ARSC Component Repair Shop "Takeover" Contract | Phillip Gillihan | Steven D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard<br>CAPT Christopher Mills<br>Mills | Attorney Client |
| 58 | **KCon-B-00224** | 4-28-05 | RE: E City Letter | Phillip Gillihan | Steven D. Allen (FDCC)<br>Cathy Broussard<br>Henry Ames<br>Donna Miller | Attorney Client |
| 59 | **KCon-B-00233 to KCon-B-00234** | 4-22-05 | FW: Elizabeth City, NC Action plan and two week outlook | Marion Hundley | Cathy Broussard<br>Phillip Gillihan<br>Donna Miller<br>Steven D. Allen (FDCC) | Attorney Client (redacted portion only) |
| 60 | **KCon-B-00226** | 4-25-05 | FW: Letter of Intent | Phillip Gillihan | Cathy Broussard<br>Steven D. Allen (FDCC) | Attorney Client |
| 61 | **KCon-B-00226 to KCon-B-00227** | 3-29-05 | RE: ECity Takeover Agreement | Phillip Gillihan | Donna Miller<br>Cathy Broussard | Attorney Client |
| 62 | **KCon-B-00227** | 3-8-05 | BusLetter - Business Letter for Regular Envelope | Phillip Gillihan | Cathy Broussard | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 63 | **KCon-B-00227 to KCon-B-00228** | 10-5-05 | (No Subject) | Phillip Gillihan | Audrey Roh | Attorney Client |
| 64 | **KCon-B-00252 to KCon-B-00255** | 9-29-05 | FW: K-Con, Inc. Compliant@ COFC, Docket No. 05-914C | Norman Lindsey | Phillip Gillihan<br>Cathy Broussard | Attorney Client |
| 65 | **KCon-B-00282 to KCon-B-00283** | 3-9-06 | RE: Amwest Surety | Donna Miller | Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 66 | **KCon-B-00291** | 3-28-05 | ECity Takeover Agreement | Donna Miller | Cathy Broussard<br>Phillip Gillihan | Attorney Client |
| 67 | **KCon-B-00291 to KCon-B-00292** | 3-15-05 | FW: Termination for Default Package for Ecity(KCon) | Donna Miller | Cathy Broussard (forwarding original message from Audrey Roh) | Attorney Client |
| 68 | **KCon-B-00292 to KCon-B-00293** | 3-9-05 | Termination for Default Package | Donna Miller | Cathy Broussard (forwarding documents from Audrey Roh) | Attorney Client |
| 69 | **KCon-B-00294** | 10-06-05 | Litigation Report ARSC Elizabeth City Project | Donna Miller | Audrey Roh | Attorney Client |
| 70 | **KCon-B-00295 to KCon-B-00296** | 5-25-05 | FW: BLD 101 Project | CAPT Christopher Mills | CAPT Richard Gromlich,<br>CAPT Stephen Krupa<br>cc: Phillip Gillihan | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 71 | **KCon-B-00296 to KCon-B-00297** | 5-25-05 | FW: BLD 101 Project | CAPT Christopher Mills | Phillip Gillihan<br>Cathy Broussard | Attorney Client |
| 72 | **KCon-B-00298 to KCon-B-00299** | 12-8-04 | FW: RE: 2971g-12.07.04 - Elizabeth City Component Repair Shop | CAPT Christopher Mills | Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 73 | **Kcon-B-00301 to Kcon-B-00302** | 6-2-05 | Re: FW: 2971g5-31-05 (P. Gillihan)wgs | Phillip Gillihan | Cathy Broussard | Attorney Client (redacted portion only) |
| 74 | **KCon-B-00308** | 1-12-06 | FW: Kcon 05-914; answer to counterclaim | Audrey Roh | Cathy Broussard<br>Phillip Gillihan<br>Donna Miller<br>Henry Ames | Attorney Client |
| 75 | **KCon-B-00308 to KCon-B-00309** | 12-28-05 | FW: K-Con North Carolina (DOJ's Answer attached) | Audrey Roh | Cathy Broussard<br>Donna Miller<br>Henry Ames | Attorney Client |
| 76 | **KCon-B-00309** | 12-28-05 | K-Con North Carolina (DOJ's Answer attached) | Audrey Roh | Cathy Broussard<br>Donna Miller<br>Henry Ames<br>cc: Phillip Gillihan | Attorney Client |
| 77 | **KCon-B-00310 to KCon-B-00311** | 11-22-05 | FW: Elizabeth City, NC DOJ Claim | Audrey Roh | Phillip Gillihan | Attorney Client |
| 78 | **KCon-B-00311 to KCon-B-00312** | 10-31-05 | K-Con litigation - discovery - extended deadline | Audrey Roh | Donna Miller | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 79 | **KCon-B-00312 to KCon-B-00313** | 10-14-05 | KCOn | Audrey Roh | Donna Miller | Attorney Client |
| 80 | **KCon-B-00313 to KCon-B-00314** | 10-11-05 | KCON | Audrey Roh | Donna Miller | Attorney Client |
| 81 | **KCon-B-00315 to KCon-B-00318** | 9-29-05 | K-Con, Inc. Complaint @ COFC, Docket No. 05-914C | Audrey Roh | Donna Miller<br>Marion Hundley<br>Cathy Broussard<br>Phillip Gillihan<br>Norman Lindsey<br>David Stinson | Attorney Client |
| 82 | **Kcon-B-00318 to Kcon-B-00319** | 6-30-05 | RE: ARSC Component Repair shop Elizabeth City NC | Michael Schmitt | Steven D. Allen (FDCC)<br>Phillip Gillihan | Attorney Client |
| 83 | **KCon-B-00319 to KCon-B-00320** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Michael Schmitt | Steven D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 84 | **KCon-B-00350 to KCon-B-00351** | 7-14-05 | Component Repair Shop Re-procurement PNUM 40L03301 | Maria Tojeiro | LT John Barresi<br>Cathy Broussard<br>Henry Ames<br>Donna Miller<br>cc: Phillip Gillihan | Attorney Client |
| 85 | **KCon-B-00352** | 1-24-07 | K-Con | Robert Chandler | Cathy Broussard<br>Donna Miller | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 86 | **KCon-M-00024** | 3-25-05 | Elizabeth City ARSC Component Repair Shop: Draft meeting notes | Steven D. Allen (FDCC) | Cathy Broussard<br>Henry Ames<br>Phillip Gillihan | Attorney Client |
| 87 | **KCon-M-00038 to KCon-M-00040** | 3-2-05 | Elizabeth City FW: 2971g - 02-28-05 - Notice of Cancellation - Reply and Payment Demand | Steven D. Allen (FDCC) | Donna Miller<br>LT John Barresi<br>Phillip Gillihan | Attorney Client |
| 88 | **KCon-M-00272 to KCon-M-00273** | 4-12-04 | FW: Elizabeth City Component Repair Shop, 40-L03001, Dollar Limits | Steven D. Allen (FDCC) | Donna Miller | Attorney Client (redacted portion only) |
| 89 | **KCon-M-00274 to KCon-M-00275** | 4-12-04 | RE: Need to meet!!! Elizabeth City Component Repair Shop, 40-L03001, Dollar Limits | Steven D. Allen (FDCC) | LDCR Brenda Kerr,<br>Henry Ames<br>Cathy Broussard | Attorney Client (redacted portion only) |
| 90 | **KCon-M-00276 to KCon-M-00277** | 4-12-04 | FW: Elizabeth city Component Repair Shop, 40-L03001, Dollar Limits | Steven D. Allen (FDCC) | Donna Miller | Attorney Client |
| 91 | **KCon-M-00302** | 3-18-05 | Surety for KCon | Cathy Broussard | Donna Miller<br>LT John Barresi<br>Steven D. Allen (FDCC)<br>Phillip Gillihan | Attorney Client |
| 92 | **Kcon-M-00303** | 3-18-05 | Surety for Kcon | Cathy Broussard | Donna Miller<br>LT John Barresi<br>Steven D. Allen (FDCC)<br>Phillip Gillihan | Attorney Client |
| 93 | **KCon-M-00306** | 3-8-05 | draft default ltr | Cathy Broussard | Phillip Gillihan | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 94 | **KCon-M-00307** | 3-8-05 | draft defaut ltr | Cathy Broussard | Phillip Gillihan | Attorney Client |
| 95 | **KCon-M-00569 to KCon-M-00570** | 3-29-05 | RE: ECity Takeover Agreement | Phillip Gillihan | Donna Miller | Attorney Client |
| 96 | **KCon-M-00571 to KCon-M-00572** | 3-29-05 | RE: Ecity Takeover Agreement | Phillip Gillihan | Donna Miller | Attorney Client |
| 97 | **KCon-M-00573** | 3-29-05 | RE: Ecity Takeover Agreement | Phillip Gillihan | Donna Miller<br>Cathy Broussard | Attorney Client |
| 98 | **KCon-M-00574** | 3-29-05 | RE: Ecity Takeover Agreement | Phillip Gillihan | Donna Miller<br>Cathy Broussard | Attorney Client |
| 99 | **Kcon-M-00575** | 3-7-05 | RE: Draft Final Decision | Phillip Gillihan | Donna Miller | Attorney Client |
| 100 | **KCon-M-00576** | 3-7-05 | RE: Draft Final Decision | Phillip Gillihan | Donna Miller | Attorney Client |
| 101 | **KCon-M-00577** | 3-7-05 | RE: Draft Final Decision | Phillip Gillihan | Donna Miller | Attorney Client |
| 102 | **KCon-M-00578** | 3-7-05 | RE: Draft Final Decision | Phillip Gillihan | Donna Miller | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 103 | **KCon-M-00594** | 3-3-05 | FW: KCON, Inc. - Liquidated Damages | Marion Hundley | Donna Miller (original message - from Audrey Roh) | Attorney Client |
| 104 | **KCon-M-00595** | 3-3-05 | FW: KCON, Inc. - Liquidated Damages | Marion Hundley | Donna Miller (original message - from Audrey Roh) | Attorney Client |
| 105 | **KCon-M-00596** | 3-3-05 | KCON T/D | Marion Hundley | Steve D. Allen (FDCC)<br>Henry Ames<br>Phillip Gillihan<br>Donna Miller<br>Victoria Worrell | Attorney Client |
| 106 | **KCon-M-00597** | 3-3-05 | KCON T/D | Marion Hundley | Steve D. Allen (FDCC)<br>Henry Ames<br>Phillip Gillihan<br>Donna Miller<br>Victoria Worrell | Attorney Client |
| 107 | **KCon-M-00681 to KCon-M-00683** | 3-16-05 | Re: Termination for Default Package for Ecity (Kcon) | Audrey Roh | Marion Hundley<br>cc: Phillip Gillihan | Attorney Client |
| 108 | **KCon-M-00684 to KCon-M-00686** | 3-16-05 | Re: Termination for Default Package for Ecity (Kcon) | Audrey Roh | Marion Hundley<br>cc: Phillip Gillihan | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 109 | **KCon-M-00687** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Michael Schmitt | Steve D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 110 | **KCon-M-00688** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Michael Schmitt | Steve D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 111 | **KCon-M-00746 to KCon-M-00747** | 4-8-04 | Chronology AR&SC Shop E-City | Michael Schmitt | Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 112 | **KCon-M-00748 to KCon-M-00749** | 4-8-04 | Chronology AR&SC Shop E-City | Michael Schmitt | Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 113 | **KCon-S-00001 to KCon-S-00002** | 1-10-07 | RE: Interrogatory Response to DOJ Attorney on ARSC Elizabeth City, NC Termination for Default | Steven Allen | Donna Miller<br>Cathy Broussard<br>Henry Ames<br>Marion Hundley<br>Michael Schmitt | Attorney Client |
| 114 | **KCon-S-00003 to KCon-S-00004** | 1-9-07 | RE: Interrogatory Response to DOJ Attorney on ARSC Elizabeth City, NC Termination for Default | Marion Hundley | Donna Miller | Attorney Client |
| 115 | **KCon-S-00005** | 1-9-07 | Interrogatory Response to DOJ Attorney on ARSC Elizabeth City, NC Termination for Default | Donna Miller | Cathy Broussard<br>Henry Ames<br>Marion Hundley<br>Michael Schmitt<br>Steven Allen | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 116 | **KCon-S-00164 to KCon-S-00168** | 10-21-05 | (E City Shop) FW: FY-03 A/L Request: 24-03-473EFK27 - Additional Requirement | Steve Allen | LT John Barresi<br>James Riggs | Attorney Client (redacted portion only) |
| 117 | **KCon-S-00169 to KCon-S-00170** | 10-18-05 | RE: Ecity Project ARSC BLDG | Donna Miller | Michael Schmitt | Attorney Client |
| 118 | **KCon-S-00173 to KCon-S-00176** | 10-3-05 | Re: K-Con, Inc. Complaint @ COFC, Docket No. 05-914C | Steven Allen (original message - from Audrey Roh) | Donna Miller | Attorney Client |
| 119 | **KCon-S-00288 to KCon-S-00289** | 7-1-05 | RE: K Con | Michael Schmitt | Steven D. Allen (FDCC) | Attorney Client (redacted portion only) |
| 120 | **KCon-S-00356** | 5-12-05 | FW (Elizabeth City Component Repair Shop) FW: Bldg. 101 | Michael Schmitt | James Riggs | Attorney Client (redacted portion only) |
| 121 | **KCon-S-00290 to KCon-S-00291** | 6-30-05 | RE: ARSC Component Repair shop Elizabeth City NC | Michael Schmitt | Steven D. Allen (FDCC)<br>Phillip Gillihan | Attorney Client |
| 122 | **KCon-S-00357** | 5-12-05 | (Elizabeth City Component Repair Shop) FW: Bldg. 101 | Steven D. Allen (FDCC) | Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 123 | **KCon-S-00358** | 5-4-05 | RE: Elizabeth City ARSC Component Repair Shop "Takeover" Contract | Henry Ames | Phillip Gillihan<br>Steven D. Allen (FDCC)<br>Cathy Broussard<br>CAPT Christopher Mills | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 124 | **KCon-S-00359** | 5-4-05 | RE: Elizabeth City ARSC Component Repair Shop "Takeover" Contract | Phillip Gillihan | Steven D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard<br>CAPT Christopher Mills | Attorney Client |
| 125 | **KCon-S-00360** | 5-4-05 | Elizabeth City ARSC Component Repair Shop "Takeover" Contract | Steven D. Allen (FDCC) | Henry Ames<br>Cathy Broussard<br>Phillip Gillihan | Attorney Client |
| 126 | **Kcon-S-00361 to KCon-S-00362** | 5-3-05 | FW: First Sealord Surety: Letter Takeover Agreement | Steven D. Allen (FDCC) | Henry Ames<br>cc: Phillip Gillihan | Attorney Client |
| 127 | **KCon-S-00363 to KCon-S-00364** | 4-27-05 | FW: Meeting on Elizabeth City ARSC Repair Shop | Henry Ames | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 128 | **KCon-S-00365** | 4-27-05 | FW: Meeting on Elizabeth City ARSC Repair Shop | Steven D. Allen (FDCC) | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |
| 129 | **KCon-S-00366** | 4-26-05 | FW: Meeting on Elizabeth City ARSC Repair Shop | Cathy Broussard | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Henry Ames | Attorney Client |
| 130 | **KCon-S-00367** | 4-26-05 | Meeting on Elizabeth City ARSC Repair Shop | Steven D. Allen (FDCC) | Phillip Gillihan<br>Henry Ames<br>Cathy Broussard | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 131 | **Kcon-S-00369 to Kcon-S-00370** | 4-25-05 | RE: Elizabeth City, NC Action plan and two week outlook | Michael Schmitt | Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 132 | **KCon-S-00373 to KCon-S-00374** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Steven D. Allen (FDCC) | Michael Schmitt<br>Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 133 | **KCon-S-00375** | 3-23-05 | RE: Elizabeth City ARSC Shop draft condition report | Michael Schmitt | Steven D. Allen (FDCC)<br>Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 134 | **KCon-S-00387 to KCon-S-00391** | 3-10-05 | RE: Daily Reports | Henry Ames | Michael Schmitt<br>cc: Phillip Gillihan | Attorney Client |
| 135 | **KCon-S-00392 to KCon-S-00395** | 3-10-05 | RE: Daily Reports | Henry Ames | Michael Schmitt<br>(original message -<br>cc: Phillip Gillihan | Attorney Client |
| 136 | **Number Not Used** | | | | | |
| 137 | **KCon-S-00853 to KCon-S-00854** | 4-12-04 | FW: Elizabeth City Component Repair Shop, 40-L03001, Dollar Limits | Steven D. Allen (FDCC) | Michael Schmitt<br>LCDR Brenda Kerr<br>(original message -<br>To: Phillip Gillihan | Attorney Client (redacted portion only) |
| 138 | **KCon-S-00855 to KCon-S-00856** | 4-12-04 | Elizabeth City Component Repair Shop, 40-L03001, Dollar Limits | Steven D. Allen (FDCC) | Henry Ames<br>Cathy Broussard<br>Phillip Gillihan | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 139 | **Kcon-S-00863 to KCon-S-00864** | 4-8-04 | Chronology AR&SC Shop E-City | Michael Schmitt | Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 140 | **KCon-S-00865 to KCon-S-00866** | 4-8-04 | Chronology AR&SC Shop E-City | Michael Schmitt | Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 141 | **KCon-S-00872 to KCon-S-00874** | 4-8-04 | RE: AR&SC Shop | Michael Schmitt | Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |
| 142 | **Number Not Used** | | | | | |
| 143 | **Number Not Used** | | | | | |
| 144 | **KCon-A-00033 to KCon-A-00034** | 8-9-05 | RE: Elizabeth city draft response to surety letter of July 21 | Steven Allen | Henry Ames<br>Phillip Gillihan | Attorney Client |
| 145 | **KCon-A-00034** | 8-9-05 | Elizabeth City draft response to surety letter of July 21 | Steven Allen | Henry Ames<br>Phillip Gillihan | Attorney Client |
| 146 | **KCon-A-00072 to KCon-A-00073** | 6-14-05 | FW: Elizabeth City | Steven D. Allen (FDCC) | Phillip Gillihan | Attorney Client (redacted portion only) |
| 147 | **KCon-A-00087** | 7-20-05 | E City Building | Henry Ames | Steven D. Allen (FDCC)<br>LT John Barresi<br>Phillip Gillihan<br>Donna Miller | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 148 | **KCon-A-00087** | 6-30-05 | K Con | Henry Ames | Phillip Gillihan<br>Cathy Broussard | Attorney Client |
| 149 | **KCon-A-00091** | 8-10-05 | response to Surety letter E City | Henry Ames | Steven Allen<br>Phillip Gillihan<br>Donna Miller | Attorney Client |
| 150 | **KCon-A-00091 to KCon-A-00092** | 8-9-05 | RE: Elizabeth city draft response to surety letter of July 21 | Henry Ames | Steven Allen<br>Phillip Gillihan | Attorney Client |
| 151 | **KCon-A-00173** | 10-5-05 | Background (10-04-05) (2).doc | Phillip Gillihan | Donna Miller<br>Steven Allen | Attorney Client |
| 152 | **KCon-A-00173** | 8-9-05 | RE: Elizabeth City draft response to surety letter of July 21 | Phillip Gillihan | Steven Allen<br>Henry Ames | Attorney Client |
| 153 | **KCon-A-00327** | 7-19-05 | RE: Surety Show Cause Letter Legal.doc | Steven D. Allen (FDCC) | Henry Miller<br>Donna Miller<br>(original message - From: Phillip Gillihan) | Attorney Client |
| 154 | **KCon-A-00328** | 7-19-05 | FW: Surety Show Cause Letter legal.doc | Henry Ames | Steven D. Allen (FDCC)<br>Donna Miller<br>(original message - From: Phillip Gillihan) | Attorney Client |

| DOC # | BATES NO. | DATE | TITLE/SUBJECT | FROM | TO | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|
| 155 | **KCon-A-00328** | 7-19-05 | revised draft K Con tr | Henry Ames | Phillip Gillihan<br>Donna Miller<br>Steven D. Allen (FDCC)<br>Marion Hundley | Attorney Client |
| 156 | **KCon-A-00329** | 7-19-05 | RE: Ecity - Draft letter to surety TforD | Henry Ames | Steven D. Allen (FDCC)<br>Phillip Gillihan<br>Marion Hundley | Attorney Client |
| 157 | **KCon-A-00362** | 7-19-05 | Surety Show Cause Letter legal.doc | Phillip Gillihan | Henry Ames<br>Steven D. Allen (FDCC)<br>Victoria Worrell | Attorney Client |
| 158 | **KCon-A-00381 to KCon-A-00382** | 7-19-05 | RE: Ecity - Draft letter to surety TforD | Donna Miller | Steven D. Allen (FDCC)<br>(original message - To: Phillip Gillihan | Attorney Client |
| 159 | **KCon-A-00382** | 7-18-05 | FW: E City | Donna Miller | Steven D. Allen (FDCC)<br>(original message - cc: Phillip Gillihan | Attorney Client |
| 160 | **KCon-A-00577** | 3-23-05 | Elizabeth City ARSC Shop draft condition report | Steven D. Allen (FDCC) | Henry Ames<br>Cathy Broussard<br>cc: Phillip Gillihan | Attorney Client |
| 161 | **Kcon-A-00683** | 3-1-05 | Memo to File | Henry Ames | Donna Miller<br>Steven D. Allen (FDCC)<br>cc: Phillip Gillihan | Attorney Client |