**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **K-CON BUILDING SYSTEMS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br>**DEPARTMENT OF HOMELAND SECURITY,**<br>**UNITED STATES COAST GUARD,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No.: 05-914C**<br>**(Judge Block)** |

**JOINT STATUS REPORT**

The parties submit the following status report pursuant to the Court's Order dated September 24, 2007. The Order required the parties confer regarding a procedural course for resolving this case. Counsel for the Plaintiff and Defendant have consulted, and this Status Report is filed by the Plaintiff with the concurrence of the Defendant.

The parties have a dispute over the production of documents. The Plaintiff has filed a Motion to Compel and the Defendant's response is due on October 31, 2007. The Plaintiff contends that until the discovery dispute is resolved, the Plaintiff is unable to move forward with its expert report and depositions. The Plaintiff is concerned that without all of the documents, depositions are premature as is an expert report. The Defendant contends that no further documents are required to be produced and, in any event, discovery can mover forward prior to a decision from the Court on Plaintiff's Motion to Compel; however, the Defendant has refrained from moving forward with depositions prior to receiving Plaintiff's expert report.

In addition, the Plaintiff has an outstanding discovery request concerning an inspection of material and equipment that was removed from the building at issue in this case. On August 27,

2007, the Plaintiff filed a request pursuant to RCFC 34(a)(2) to inspect material and equipment that was removed from the building after the Government terminated the Plaintiff's right to proceed on the contract. The Defendant has advised that a response will be provided by October 31, 2007.

Under the circumstances, both parties request the Court's assistance in resolving the discovery dispute. After the discovery dispute is resolved, the parties will be in a better position to provide a procedural course for resolving the case.

Respectfully submitted.

**PEDERSEN & SCOTT, P.C.**

S/ William A. Scott
William A. Scott, Esquire
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656
Fax (843) 556-5635
ATTORNEY FOR PLAINTIFF,
K-CON BUILDING SYSTEMS, INC.

Dated this 26th day of October, 2007.