**U.S. Department of Justice**

Civil Division

BGS:REChandler
154-05-914

Telephone: (202) 514-4678
Facsimile: (202) 514-8624

*Washington, DC 20530*

April 18, 2007

VIA ELECTRONIC MAIL

Mr. William Scott
Pedersen & Scott
775 St. Charles Blvd.
Charleston, SC 29407
Facsimile No: 843-556-5635

Re: K-Con Building Systems, Inc. v. United States, Fed. Cl. No. 05-914, 05-981, 05-1054

Dear Mr. Scott:

This letter is in response to the subpoena duces tecum plaintiff sent to John McGrath, dated August 1, 2007. As you are aware, Mr. McGrath is not a party to the above-captioned litigation; thus, plaintiff's attempt to serve the aforementioned subpoena upon him by mail is not effective. See Rule 45, Rules of the Court of Federal Claims. Mr. McGrath is not, therefore, obligated to respond to the subpoena.

As a measure of good faith and in the spirit of cooperation, however, I can tell you that the Government has provided documents to Mr. McGrath bearing the Bates stamps that appear in Exhibit A hereto. As we discussed, and as stated in your letter of August 16, 2007, because we already have produced these documents to you, this information should suffice instead of production of the documents. The attached list represents a complete list of Coast Guard documents provided provided to Mr. McGrath.

Please note that this information is being provided as a courtesy, and without waiving any objections or assertions of privilege that may apply to subsequent attempts by the plaintiff

EXHIBIT
tabbies
2

to seek the production of documents from Mr. McGrath.[1] Please note further that I will respond separately to the remainder of the issues raised in your letter of August 16, 2007.

Kind regards,

Robert E. Chandler
Trial Attorney

---

[1] Please note for future reference that the Government's expert's name is "McGrath," not "McGraff," as it appears in plaintiff's subpoena.

EXHIBIT A

**CFC 05-914C (Elizabeth City)**

CGEC-001 to CGEC-240

CG00343 to CG00856

CG00857 to CG01422

KCon-A-00001 to KCon-A-00801

KCon-B-00001 to KCon-B-00349

KCon-M-00001 to KCon-M-00788

KCon-S-00006 to KCon-S-01174

CG00001 to CG00342

**CFC 05-981C (St. Petersburg)**

CG-STP-0001 to CG-STP-1046

**CFC 05-1054C (Port Huron)**

CG-PH-0001 to CG-PH-2522

*Note that the Government has provided additional documents to Mr. McGrath which bear different Bates labels or do not bear Bates labels. Any such documents are duplicative of the documents produced to plaintiff which bear the above Bates labels.