**U.S. Department of Justice**

Civil Division

RECchandler
154-05-914

Telephone: (202) 514-4678
Facsimile: (202) 514-8624

*Washington, DC 20530*

September 13, 2007

VIA ELECTRONIC MAIL

Mr. William Scott
Pedersen & Scott
775 St. Charles Blvd.
Charleston, SC 29407
Facsimile No: 843-556-5635

Re: K-Con Building Systems, Inc. v. United States, Fed. Cl. No. 05-914; 05-981; 05-1054

Dear Mr. Scott:

This letter is in response to the subpoena served by plaintiff upon Mr. John McGrath, defendant's expert witness in the above-captioned matters, on September 11, 2007. The subpoena contains a compliance date of September 13, 2007, which is only two days after service upon Mr. McGrath. Two days is not a sufficient amount of time for Mr. McGrath to comply with the subpoena.

We therefore object to the subpoena on Mr. McGrath's behalf, as permitted by Rule 45(c)(3)(A)(1) of the Rules of the Court of Federal Claims ("RCFC"). We further object to the extent plaintiff's subpoena seeks the production of documents subject to the attorney-client privilege or work product doctrine.

At this stage, we have objected to the subpoena in its entirety because the time permitted for compliance was not long enough to allow us to consider whether the we have more detailed, particular objections, or whether we might be in a position to waive some objections in the spirit of cooperation during discovery. After further consultation with Mr. McGrath, we will determine what documents, if any, he will provide to the plaintiffs. If you have any questions in the meantime, please feel free to contact me.

EXHIBIT
tabbies
3

Kind regards,

Robert E. Chandler
Trial Attorney