# United States Court of Federal Claims

June 5, 2008

No. 05-914 C

K-CON BUILDING SYSTEMS, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**STATUS REPORT ORDER**

On June 5, 2008, the Court conducted a recorded status conference to discuss Plaintiff's Second Motion to Compel, filed on October 8, 2007.

For reasons discussed during the conference, the Court directs the parties to confer and strive to resolve any discovery disputes. Additionally, it is ORDERED that the parties shall file a Joint Status Report by Friday, August 8, 2008, regarding the status of any remaining discovery issues.

s/Lawrence J. Block
Lawrence J. Block
Judge