IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| K-CON BUILDING SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-914C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties jointly submit the following status report:

On the telephonic status conference convened by the Court on June 5, 2008, the Court indicated it would defer consideration of plaintiff's pending motion to compel while the parties attempted to resolve the disputes that gave rise to plaintiff's motion. The Court and the parties noted that plaintiff had filed a motion to compel raising virtually the same issues in another matter between the parties, Fed. Cl. No. 05-981 (the "related matter"), and agreed that resolution of the issues in the related matter might provide a roadmap for the resolution of the issues in this case.

Plaintiff's motion before Judge Sweeney in the related matter has not been resolved. On April 15, 2008, the Court ordered plaintiff to serve additional interrogatories as an aid to locating documents and resolving the discovery issues in a way that would obviate the production of some documents. Plaintiff served those interrogatories on April 28, 2008. Defendant contends that the interrogatories are unduly burdensome,

oppressive and seek information that is not relevant to taht action. Defendant has filed a motion for a protective order on that basis, plaintiff has responded, and defendant filed its reply on August 7, 2008.

The parties continue to work toward resolution of the issues raised in plaintiff's motion to compel, both with and without Court action. The parties therefore request that they be permitted to continue their attempts to resolve these issues, and that the Court order the parties to report on their progress in a joint status report on or before October 8, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ William Scott
WILLIAM SCOTT
Pedersen & Scott
775 St. Charles Blvd.
Charleston, SC 29407

Attorney for Plaintiff

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 514-4678
Fax: (202) 514-8624

Attorneys for Defendant

August 8, 2008

CERTIFICATE OF FILING

I hereby certify that on August 8, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler
ROBERT E. CHANDLER